that there is not sufficient evidence to connect the defendant with the commission of the crime of arson in the second degree, as charged in the indictment. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

FRED B. SEIXAS, Doing Business as A. KLOSKI & COMPANY, Respondent, v. JOSEPHINE HENRY, Widow of CHARLES F. HENRY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

JAMES WALUKIEWICH, Respondent, v. MALLORY STEAMSHIP COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

ISAAC G. WOLF, Appellant, v. HENRI BENDEL, Respondent.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs to abide the event. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Appointment of JOHN E. MACK as a Member of the Committee on Character, etc.— Pursuant to the provisions of rule 1 of the Rules of Civil Practice, John E. Mack, of Poughkeepsie, in the county of Dutchess, is hereby appointed a member of the Committee on Character and Fitness of Applicants for Admission to the Bar, in and for the Ninth Judicial District, of the Second Judicial Department, in place of Hon. Charles Morschauser, resigned; such appointment to take effect as of January 17, 1923. Present — Kelly, P. J., Rich, Jaycox, Manning, Kelby, Young and Kapper, JJ.

LOUISE M. ARMSTRONG, etc., Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK and FRED W. MOHR, as Executors, etc., of WILLIAM S. DUGAN, Deceased, Appellants.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ERNEST T. BALDWIN, an Infant, etc., Respondent, v. FREDERICK P. HAMILTON, as President of the SUBURBAN FIRE INSURANCE EXCHANGE, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

HANNAH BALDWIN, Respondent, v. FREDERICK P. HAMILTON, as President of the SUBURBAN FIRE INSURANCE EXCHANGE, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

HENRI P. BALIVET, Appellant, v. COLUMBIA TRUST COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

LOUISE BRAUNER, Respondent, v. BERTHA S. LOVE and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ANTHONY B. CAWLEY, Respondent, v. HENRY WEINER and ANNIE E. WEINER, Appellants, Impleaded with AGNES THORPE, Defendant.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

HENRY CONTE, Respondent, v. WESTCOTT EXPRESS COMPANY, Appellant.—